AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05-674

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF \_\_\_1\_\_\_ COPIES OF AO FORM 85.

SEP 1 6 2005

_____    _____
(Date forms issued)                (Signature of Party or their Representative)

DANNY P RANDOLPH Jr.
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action