IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STUART SCHUPLER, on behalf of, himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   C. A. No. 05-674<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Intel Corporation's response to Plaintiff's complaint shall be due (1) the earlier of 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings pursuant to 28 U.S.C. § 1407 or such time for response that the transferee Court may require for any action made part of the same MDL, or (2) 45 days after any such motion has been denied. No prior extensions of time have been sought or granted.

| CHIMICLES & TIKELLIS LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: *A. Zachary Naylor*<br>    Pamela S. Tikellis (#2172)<br>    Robert J. Kriner, Jr. (#2546)<br>    A. Zachary Naylor (#4439)<br>    Robert R. Davis (#4536)<br>    P.O. Box 1035<br>    One Rodney Square<br>    Wilmington, DE  19899<br>    Telephone:  (302) 656-2500<br>    Facsimile:  (302) 656-9053<br>    pamelatikellis@chimicles.com<br>    robertkriner@chimicles.com<br>    zacharynaylor@chicles.com | By: */s/ Richard L. Horwitz*<br>    Richard L. Horwitz (#2246)<br>    W. Harding Drane (#1023)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    P.O. Box 951<br>    Wilmington, DE  19801<br>    Telephone:  (302) 984-6000<br>    Facsimile:  (302) 658-1192<br>    rhorwitz@potteranderson.com<br>    wdrane@potteranderson.com |
| OF COUNSEL:<br><br>EDELSON & ASSOCIATES, LLC<br>Marc H. Edelson<br>45 W. Court Street<br>Doylestown, PA  18901<br>Telephone:  (215) 230-8043<br>Facsimile:  (215) 230-8735<br><br>CHIMICLES & TIKELLIS LLP<br>Michael D. Gottsch<br>Daniel B. Scott<br>361 West Lancaster Avenue<br>Haverford, PA  19041<br>Telephone:  (610) 642-8500<br>Facsimile:  (610) 649-3633<br><br>Attorneys for Plaintiff<br>STUART SCHUPLER | OF COUNSEL:<br><br>BINGHAM McCUTCHEN LLP<br>David M. Balabanian<br>Christopher B. Hockett<br>Joy K. Fuyuno<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Telephone:  (415) 393-2000<br>Facsimile:  (415) 393-2286<br><br>Richard A. Ripley<br>1120 20th Street, N.W., Suite 800<br>Washington, D.C. 20036<br>Telephone:  (202) 778-6101<br>Facsimile:  (202) 393-6929<br><br>Attorneys for Defendant<br>INTEL CORPORATION |

700893