**IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE**

| | |
|---|---|
| STUART SCHUPLER, on behalf of, himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  C. A. No. 05-674 |
| INTEL CORPORATION, | ) ) ) |
| Defendant. | ) |

**DEFENDANT INTEL CORPORATION'S
<u>FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendant Intel Corporation ("Intel") discloses that there is no parent company and no publicly held entity that owns 10% or more of Intel.

OF COUNSEL:

BINGHAM McCUTCHEN LLP
David M. Balabanian
Christopher B. Hockett
Joy K. Fuyuno
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286

Richard A. Ripley
1120 20th Street, N.W., Suite 800
Washington, D.C. 20036
Telephone:  (202) 778-6101
Facsimile:  (202) 393-6929

Dated:  October 5, 2005

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant INTEL Corporation*

702053

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 5, 2005, the attached document was sent via U.S. Mail to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Pamela S. Tikellis
Robert J. Kriner, Jr.
A. Zachary Naylor
Robert R. Davis
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE  19899

I hereby certify that on October 5, 2005, I have served via U.S. Mail the documents to the following non-registered participants:

| | |
|---|---|
| Marc H. Edelson | Michael D. Gottsch |
| Edelson & Associates, LLC | Daniel B. Scott |
| 45 W. Court Street | Chimicles & Tikellis LLP |
| Doylestown, PA  18901 | 361 West Lancaster Avenue |
| | Haverford, PA  19041 |

By: */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com