# Exhibit C

## **INTEL MICROPROCCESSOR ANTITRUST LITIGATION**

### **SCHEDULE OF ACTIONS**

### **Cases Filed as of October 25, 2005**

**District of Delaware**

   **Competitor Action**

1. *Advanced Micro Devices, Inc.*, a Delaware corporation, and *AMD International Sales & Service, Ltd.,* a Delaware corporation *v. Intel Corp*, a Delaware corporation, and *Intel Kabushiki Kaisha*, a Japanese corporation, No. 1:05-cv-00441, filed in the United States District Court for the District of Delaware on June 27, 2005, and assigned to Judge Joseph J. Farnan, Jr.

   **Purchaser Class Actions**

2. *Jim Kidwell, Mary Reeder, John Maita, JWRE, Inc., Chrystal Moeller, and Caresse Harms, on their own behalves and on all others similarly situated v. Intel Corp.*, No. 1:05-cv-00470, filed in the United States District Court for the District of Delaware on July 6, 2005, and assigned to Judge Joseph J. Farnan, Jr.

3. *Robert J. Rainwater, Kathy Ann Chapman, and Sonia Yaco, on their own behalves and on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00473, filed in the United States District Court for the District of Delaware on July 7, 2005, and assigned to Judge Joseph J. Farnan, Jr.

4. *Matthew Kravitz and Raphael Allison, individually and on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00476, filed in the United States District Court for the District of Delaware on July 8, 2005, and assigned to Judge Joseph J. Farnan, Jr.

5. *Michael Ruccolo v. Intel Corp.*, No. 1:05-cv-00478, filed July 8, 2005, in the United States District Court for the District of Delaware and assigned to Judge Joseph J. Farnan, Jr.

6. *Phil Paul v. Intel Corp.*, No. 1:05-cv-00485, filed July 12, 2005, in the United States District Court for the District of Delaware and assigned to Judge Joseph J. Farnan, Jr.

7. *Ryan James Volden, et al. v. Intel Corp.*, No. 1:05-cv-00488, filed July 13, 2005, in the United States District Court for the District of Delaware and assigned to Judge Joseph J. Farnan, Jr.

8. *Ludy A. Chacon v. Intel Corp.*, No. 1:05-cv-00489, filed July 13, 2005, in the United States District Court for the District of Delaware and assigned to Judge Joseph J. Farnan, Jr.

9. *Michael K. Simon v. Intel Corp.*, No. 1:05-cv-00490, filed July 13, 2005, in the United States District Court for the District of Delaware and assigned to Judge Joseph J. Farnan, Jr.

10. *Christian Ambruoso, on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00505, filed in the United States District Court for the District of Delaware on July 20, 2005, and assigned to Judge Joseph J. Farnan, Jr.

11. *Elizabeth Bruderle Baran, on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00508, filed in the United States District Court for the District of Delaware on July 20, 2005, and assigned to Judge Joseph J. Farnan, Jr.

12. *Paul C. Czysz, on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00509, filed in the United States District Court for the District of Delaware on July 20, 2005, and assigned to Judge Joseph J. Farnan, Jr.

13. *Matthew E. Ludt, on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00510, filed in the United States District Court for the District of Delaware on July 20, 2005, and assigned to Judge Joseph J. Farnan, Jr.

14. *Ficor Acquisition Co., on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00515, filed in the United States District Court for the District of Delaware on July 21, 2005, and assigned to Judge Joseph J. Farnan, Jr.

15. *Fairmont Orthopedics, on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00519, filed in the United States District Court for the District of Delaware on July 22, 2005, and assigned to Judge Joseph J. Farnan, Jr.

16. *Law Offices of Kwasi Asiedu, on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00520, filed in the United States District Court for the District of Delaware on July 22, 2005, and assigned to Judge Joseph J. Farnan, Jr.

17. *HP Consulting Services, Inc., on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00521, filed in the United States District Court for the District of Delaware on July 22, 2005, and assigned to Judge Joseph J. Farnan, Jr.

18. *Carrol Cowan, on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00522, filed in the United States District Court for the District of Delaware on July 22, 2005, and assigned to Judge Joseph J. Farnan, Jr.

19. *Lena K. Manyin, on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00526, filed in the United States District Court for the District of Delaware on July 22, 2005, and assigned to Judge Joseph J. Farnan, Jr.

20. *Joseph Samuel Cone, on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00531, filed in the United States District Court for the District of Delaware on July 25, 2005, and assigned to Judge Joseph J. Farnan, Jr.

21. *Jerome Feitelberg, on behalf of himself and all others similarly situated v. intel Corp.*, No. 1:05-cv-00532, filed in the United States District Court for the District of Delaware on July 25, 2005, and assigned to Judge Joseph J. Farnan, Jr.

22. *Robin S. Weeth, on behalf of himself and all others similarly situated v. Intel Corp.*, No. 1:05-cv-00533, filed in the United States District Court for the District of Delaware on July 25, 2005, and assigned to Judge Joseph J. Farnan, Jr.

23. *Melinda Harr, D.D.S., P.C., on behalf of itself and all others similarly situated v. Intel Corp.*, No. 1:05-cv-00537, filed in the United States District Court for the District of Delaware on July 25, 2005, and assigned to Judge Joseph J. Farnan, Jr.

24. *Maria Griffin, on behalf of herself and all others similarly situated v. Intel Corp.*, No. 1:05-cv-00540, filed in the United States District Court for the District of Delaware on July 26, 2005, and assigned to Judge Joseph J. Farnan, Jr.

25. *Andrew S. Cohn, on behalf of himself and all others similarly situated v. Intel Corp.*, No. 1:05-cv-00539, filed in the United States District Court for the District of Delaware on July 26, 2005, and assigned to Judge Joseph J. Farnan, Jr.

26. *Henry Kornegay, on behalf of himself and all others similarly situated v. Intel Corp.*, No. 1:05-cv-00541, filed in the United States District Court for the District of Delaware on July 27, 2005, and assigned to Judge Joseph J. Farnan, Jr.

27. *Paul Ramos, on behalf of himself and all others similarly situated v. Intel Corp.*, No. 1:05-cv-00544, filed in the United States District Court for the District of Delaware on July 28, 2005, and assigned to Judge Joseph J. Farnan, Jr.

28. *Bergerson & Associates, Inc., on behalf of itself and all others similarly situated v. Intel Corp.*, No. 1:05-cv-00547, filed in the United States District Court for the District of Delaware on July 28, 2005, and assigned to Judge Joseph J. Farnan, Jr.

29. *David Arnold, on behalf of himself and all others similarly situated v. Intel Corporation.*, No. 1:05-cv-00554, filed in the United States District Court for the District of Delaware on August 1, 2005, and assigned to Judge Joseph J. Farnan, Jr.

30. *Angel Genese, Gideon Elliott, and NIR Goldman, on behalf of themselves and all others similarly situated v. Intel Corporation.*, No. 1:05-cv-00556, filed in the United States District Court for the District of Delaware on August 1, 2005, and assigned to Judge Joseph J. Farnan, Jr.

31. *Philip Boeding, on behalf of himself and others similarly situated v. Intel Corporation.*, No. 1:05-cv-00557, filed in the United States District Court for the District of Delaware on August 2, 2005, and assigned to Judge Joseph J. Farnan, Jr.

32. *Stuart Munson, on behalf of himself and all others similarly situated v. Intel Corporation.*, No. 1:05-cv-00558, filed in the United States District Court for the District of Delaware on August 2, 2005, and assigned to Judge Joseph J. Farnan, Jr.

33. *Lee Pines, on behalf of himself and all others similarly situated v. Intel Corporation.*, No. 1:05-cv-00560, filed in the United States District Court for the District of Delaware on August 2, 2005, and assigned to Judge Joseph J. Farnan, Jr.

34. *Jodi Salpeter, Jay Salpeter and Cheryl Glick-Salpeter, on behalf of themselves and all others similarly situated v. Intel Corp.*, Civil Action No. 1:05-cv-00575, filed in the United States District Court for the District of Delaware on August 8, 2005, and assigned to Judge Joseph J. Farnan, Jr.

35. *Gabriella Herroeder-Perras, on behalf of herself and all others similarly situated v. Intel Corp.*, Civil Action No. 1:05-cv-00616, filed in the United States District Court for the District of Delaware on August 22, 2005, and assigned to Judge Joseph J. Farnan, Jr.

36. *Michael H. Roach, on behalf of himself and all others similarly situated v. Intel Corp.*, Civil Action No. 1:05-cv-0617, filed in the United States District Court for the District of Delaware on August 22, 2005, and assigned to Judge Joseph J. Farnan, Jr.

37. *Damon Dimarco, on behalf of himself and all others similarly situated v. Intel Corp.*, Civil Action No. 1:05-cv-0627, filed in the United States District Court for the District of Delaware on August 25, 2005, and assigned to Judge Joseph J. Farnan, Jr.

38. *Bill Richards, Carl Yamaguchi, and Ron Terranova, on their own behalves and on behalf of all others similarly situated v. Intel Corp.*, Civil Action No. 1:05-cv-0672, filed in the United States District Court for the District of Delaware on September 15, 2005, and assigned to Judge Joseph J. Farnan, Jr.

39. *Stuart Schupler, on behalf of himself and all others similarly situated v. Intel Corp.*, Civil Action No. 1:05-cv-0674, filed in the United States District Court for the District of Delaware on September 16, 2005, and assigned to Judge Joseph J. Farnan, Jr.

40. *Robert Marshall d/b/a Marshall Realty, individually, and on behalf of all those similarly situated v. Intel Corp.*, Civil Action No. 1:05-cv-0686, filed in the United States District Court for the District of Delaware on September 20, 2005, and assigned to Judge Joseph J. Farnan, Jr.

41. *David Kurzman, individually and on behalf of all those similarly situated v. Intel Corp.*, Civil Action No. 1:05-cv-0710, filed in the United States District Court for the District of Delaware on September 29, 2005, and assigned to Judge Joseph J. Farnan, Jr.

## Northern District of California

### Consumer Class Actions

1. *David E. Lipton and Dana F. Thibedeau, individually and on behalf of all others similarly situated v. Intel Corp.*, No. C:05-2669, filed in the United States District Court for the Northern District of California and assigned to Judge Marilyn Hall Patel, June 29, 2005.

2. *Ronald Konieczka, individually and on behalf of all others similarly situated v. Intel Corp.*, No. C:05-2700, filed in the United States District Court for the Northern District of California and assigned to Judge Marilyn Hall Patel, June 30, 2005.

3. *Maria I. Prohias, individually and on behalf of all others similarly situated v. Intel Corp.*, No. C:05-2699, filed in the United States District Court for the Northern District of California and assigned to Judge James Larson, June 30, 2005. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

4. *Steven J. Hamilton, individually and on behalf of all others similarly situated v. Intel Corp.*, No. C:05-2721, filed in the United States District Court for the Northern District of California and assigned to Judge Joseph C. Spero, July 1, 2005. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

5. *Patricia M. Niehaus, individually and on behalf of all others similarly situated v. Intel Corp.*, No. C:05-2720, filed in the United States District Court for the Northern District

Case 1:05-cv-00674-JJF    Document 6-4    Filed 11/11/2005    Page 6 of 9

of California and assigned to Judge Joseph C. Spero, July 1, 2005. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

6. *Michael Brauch, a resident of San Francisco, and Andrew Meimes, a resident of New York, on behalf of themselves and all others similarly situated v. Intel Corp.*, No. C:05-2743, filed in the United States District Court for the Northern District of California and assigned to Judge Samuel Conti, July 5, 2005. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

7. *Susan Baxley, individually and on behalf of all others similarly situated v. Intel Corp.*, No. C-05-2758, filed in the United States District Court for the Northern District of California and assigned to Judge Edward M. Chen, July 6, 2005. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

8. *Huston Frazier, Jeanne Cook Frazier and Brian Weiner, individually and on behalf of all others similarly situated v. Intel Corp.*, No. C:05-2813, filed in the United States District Court for the Northern District of California and assigned to Judge James Larson, July 11, 2005. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

9. *Dwight E. Dickerson, a resident of Oakland, California, individually and on behalf of all others similarly situated v. Intel Corp.*, No. C:05-2818, filed in the United States District Court for the Northern District of California and assigned to Judge James Larson, July 11, 2005. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

10. *The Harman Press, on behalf of itself and all others similarly situated v. Intel Corp.*, No. C:05-2823, filed in the United States District Court for the Northern District of California and assigned to Judge Elizabeth D. Laporte, July 11, 2005. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

11. *Benjamin Allanoff v. Intel Corp.*, Case No. C:05-2834, filed July 12, 2005, in the United States District Court for the Northern District of California, and originally assigned to the Hon. Maxine M. Chesney. Judge Chesney recused herself on July 14, 2005. The case has been reassigned to Judge Marilyn Hall Patel on July 27, 2005.

12. *Major League Softball, Inc. v. Intel Corp.*, No. C:05-2831, filed July 12, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Elizabeth D. Laporte. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

13. *Shanghai 1930 Restaurant Partners, L.P. v. Intel Corp.*, No. C:05-2830, filed July 12, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Elizabeth D. Laporte. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

14. *Lazio Family Products v. Intel Corp.*, Case No. C:05-2859, filed July 13, 2005, in the United States District Court for the Northern District of California, and assigned to Judge William Alsup. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

15. *Law Offices of Laurel Stanley v. Intel Corp.*, Case No. C:05-2858, filed July 13, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Elizabeth D. Laporte. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

227177-1                                   5

16. *Ian Walker individually and on behalf of all others similarly situated v. Intel Corp.*, Case No. C:05-2882, filed July 14, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Maria-Elena James. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

17. *Kevin Stoltz, individually and on behalf of all others similarly situated v. Intel Corp.*, Case No. C:05-2897, filed July 15, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Elizabeth D. Laporte. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

18. *Peter Jon Naigow, individually and on behalf of all others similarly situated v. Intel Corp.*, Case No. C:05-2898, filed July 15, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Joseph C. Spero. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

19. *Patrick J. Hewson, individually and on behalf of all others similarly situated v. Intel Corp.*, Case No. C:05-2916, filed July 18, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Samuel Conti. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

20. *Lawrence Lang, individually and on behalf of all others similarly situated v. Intel Corp.*, Case No. C:05-2957, filed July 20, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Maria-Elena James. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

21. *Trotter-Vogel Realty, Inc. dba Prudential California Realty, individually and on behalf of all those similarly situated v. Intel Corp.*, Case No. C:05-3028, filed July 26, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Wayne D. Brazil. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

22. *Karol Juskiewicz, individually and on behalf of all others similarly situated v. Intel Corp.*, Case No. C:05-3094, filed July 29, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Bernard Zimmerman.

23. *Athan Uwakwe, individually and on behalf of all others similarly situated v. Intel Corp.*, Case No. C:05-3197, filed August 8, 2005, in the United States District Court for the Northern District of California, and assigned to Magistrate Judge Bernard Zimmerman. This case was reassigned to Judge Marilyn Hall Patel on August 16, 2005.

24. *Tracy Kinder, individually and on behalf of all others similarly situated v. Intel Corp.*, Case No. C:05-3273, filed August 10, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Samuel Conti. This case was reassigned to Judge Marilyn Hall Patel on September 29, 2005.

25. *Jose Juan, individually and on behalf of all others similarly situated v. Intel Corp.*, Case No. C:05-3271, filed August 10, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Edward M. Chen. This case was reassigned to Judge Marilyn Hall Patel on September 29, 2005.

26. *Dressed to Kill Custom Draperies, LLC, individually and on behalf of all others similarly situated v. Intel Corp.*, Case No. C:05-3272, filed August 10, 2005, in the United States District Court for the Northern District of California, and assigned to Judge James Larson. This case was reassigned to Judge Marilyn Hall Patel on September 29, 2005.

27. *Edward Rush, individually and on behalf of all others similarly situated v. Intel Corp.*, Case No. C:05-3277, filed August 11, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Elizabeth D. Laporte. This case was reassigned to Judge Marilyn Hall Patel on September 29, 2005.

## Southern District of California

### Consumer Class Actions

1. *Justin Suarez, of himself and all others similarly situated v. Intel Corp.*, No. 05-CV-1507 JM (RBB), filed July 27, 2005, in the United States District Court for the Southern District of California, assigned to Judge Jeffrey T. Miller, and referred to Magistrate Judge Ruben B. Brooks.

## Southern District of Florida

### Consumer Class Actions

1. *Nathaniel Schwartz, individually and on behalf of all others similarly situated v. Intel Corp.*, Case No. C:05-22262, filed August 16, 2005, in the United States District Court for the Southern District of Florida, and assigned to Judge Jose E. Martinez.

## Eastern District of Tennessee

### Consumer Class Actions

1. *Andrew Armbrister, and Melissa Armbrister, on behalf of themselves and all others similarly situated v. Intel Corp.*, Case No. 2:05-cv-212, filed August 19, 2005, in the United States District Court for the Eastern District of Tennessee, and assigned to Judge Ronnie Greer.

**California State Cases**

1. *Armen Melkonians, on behalf of himself and all others similarly situated v. Intel Corp.*, Case No. 105-cv-045077, filed July 14, 2005, in the Superior Court of the State of California, County of Santa Clara.

2. *Oscar Macias, on behalf of himself and all others similarly situated v. Intel Corp.*, Case No. BC-336897, filed July 21, 2005, in the Superior Court of the State of California, County of Los Angeles.

3. *Kenneth W. Tang, individually and on behalf of all others similarly situated v. Intel Corp.*, Case No. BC-336797, filed July 18, 2005, in the Superior Court of the State of California, County of Los Angeles.

4. *Elena and Sal Toronto, on their own behalf and on behalf of all others similarly situated v. Intel Corp.*, Case No. GIC-850053, filed July 1, 2005, in the Superior Court of the State of California, County of San Diego.